**Lilbern W. Ledbetter, Plaintiff-Appellant, v. Mary B. Ledbetter, Defendant-Appellee.**

Gen. No. 11,251.

Second District, Second Division.
January 18, 1960.
Rehearing denied June 8, 1960.

Dixon, Devine, and Ray (Sherwood Dixon, George K. Ray, and Luke R. Morin, of counsel) for appellant; Warner and Warner (George F. Nichols, of counsel) for appellee. Opinion by JUSTICE CROW. Not to be published in full.